No. 81–1007. LEKTRO-VEND CORP. ET AL. *v.* VENDO CO. C. A. 7th Cir. Certiorari denied. 

No. 81–1009. AUBURN NEWS CO., INC., ET AL. *v.* PROVIDENCE JOURNAL CO. ET AL. C. A. 1st Cir. Certiorari denied. 

No. 81–1013. JOHNSON *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO (BANK OF AMERICA ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–1018. VORBECK ET AL. *v.* SCHICKER ET AL. C. A. 8th Cir. Certiorari denied. 

No. 81–1025. WATTS ET AL. *v.* COOK ET AL. Sup. Ct. Miss. Certiorari denied. 

No. 81–1053. COUF ET AL. *v.* DeBLAKER ET AL. C. A. 11th Cir. Certiorari denied. 

No. 81–1057. BARNES, SHERIFF OF WASHINGTON COUNTY, OREGON *v.* CARDEN. Sup. Ct. Ore. Certiorari denied. 

No. 81–1072. HARPER *v.* BARNES GROUP, INC. C. A. 11th Cir. Certiorari denied. 

No. 81–1117. RUFENACHT ET AL. *v.* IOWA BEEF PROCESSORS, INC. C. A. 5th Cir. Certiorari denied. 

No. 81–1125. SEDIGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 81–1147. LERMA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.